Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
Melissa L. Shingles; AZ Bar No. 032645
mshingles@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant Edward D. Jones
& Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jania Mkunga,<br><br>            Plaintiff,<br><br>v.<br><br>Aerotek, Inc., a Maryland Corporation; Edward D. Jones & Co., a Missouri Limited Partnership,<br><br>            Defendants. | Case No. CV-17-04652-DLR<br><br>**NOTICE OF SETTLEMENT** |

Defendants hereby give notice that the parties have reached a settlement of the claims in the above-referenced matter. The parties anticipate that they will file a stipulation and form order for dismissal of this case with prejudice within the next 30 days.

DATED this 22nd day of August, 2018

*s/ Kristy L. Peters*
Kristy L. Peters
Melissa L. Shingles
LITTLER MENDELSON, P.C.
Attorneys for Defendant Edward D. Jones & Co.

-1-

-2-

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 22nd day of August, 2018:

Frank R. Mead
Lorona | Mead, PLC
3838 N. Central Avenue, Suite 100
Phoenix, Arizona 85012
Frank@loronamead.com
Attorneys for Plaintiff

Marian M. Zapata-Rossa
Snell & Wilmer
400 E Van Buren St #1900
Phoenix, AZ  85004-2202
Mzapata-rossa@swlaw.com
Attorneys for Defendant Aerotek


*s/ Linda Bullis*


Firmwide:156657015.1 059034.1057